IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA   ) | |
| ) | |
| v.   ) | CRIMINAL ACTION NO. |
| ) | 2:10cr186-MHT |
| THOMAS E. COKER   ) | (WO) |

# ORDER

It is ORDERED as follows:

(1) Defendant Thomas E. Coker's motion for acquittal (Doc. No. 1748) is set for submission, without oral argument, on September 30, 2011.

(2) By September 23, 2011, the government is to file a response.

(3) By September 30, 2011, defendant Coker may file a reply.

DONE, this the 29th day of August, 2011.

　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　UNITED STATES DISTRICT JUDGE